JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SANDOVAL,<br><br>          Plaintiffs,<br><br>     v.<br><br>FCA US LLC; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No.: 2:21-cv-07011-MCS-AGR<br><br>**ORDER REMANDING CASE TO STATE COURT** |

The Parties have filed a stipulation in this case agreeing that Plaintiff's total damages in this matter, excluding attorneys' fees and costs, do not exceed $75,000. Based on the stipulation of the Parties and because this case was removed on the basis of diversity jurisdiction, it now appears that the Court lacks subject-matter jurisdiction over the case (*see* 28 U.S.C. § 1332(a)). As a result, the Court REMANDS the matter to the Los Angeles County Superior Court, 21STCV27020.

**IT IS SO ORDERED.**

Dated: October 12, 2021

*[signature]*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE